# LAW OFFICES OF GREGG S. SODINI, LLC

A New Jersey Limited Liability Company
Attorneys at Law

500 Harding Road
Freehold, New Jersey 07728

Gregg S. Sodini

Michael T. Collins*
Lauren Graham Delehey*
Nancy Gierlich Papier**
Of Counsel

*Admitted to NJ & PA Bars
**Admitted to NJ, NY & PA Bars

Tel: (732) 431-0011
Fax: (732) 431-2022

December 6, 2010

**Via Facsimile Transmission & Regular Mail**
**973-645-4549**
United States Magistrate Judge Joseph A. Dickson
Courtroom 5A
US Courthouse Building
50 Walnut Street
Newark, NJ 07102

RE:   ISObunkers v. Byram Township Board of Education
      Civil Action No. 09-607 (DMC)
      **Request for Adjournment**

Dear Judge Dickson:

As you area aware, this office represents the Plaintiff ISObunkers in the above captioned matter. There is presently pending before this Court the Defendant Bryan Township BOE 's motion for summary judgment. Our response to that motion is due on Wednesday, December 8, 2010. Currently, the matter is returnable on December 20, 2010.

Over the course of the last 2 ½ to 3 weeks there have been manpower shortages in this office due to various surgeries and other illnesses. In light of the foregoing, we are requesting additional time in which to file our response, specifically Monday, December 13, 2010. My adversary has consented to this request as long as the return date for the motion is adjourned as well.

Under the circumstances, we would respectfully request the additional time due to the various medical problems which have compromised our ability to comply with the original scheduling.

Thanking you in advance for your anticipated cooperation, I remain, as ever,

Respectfully submitted,

LAW OFFICES OF GREGG S. SODINI, LLC

_____
MICHAEL T. COLLINS, ESQ.

MTC;km
Cc:  Howard Mankoff, Esq.
     Via e-mail transmission
     973-618-0685

**SO ORDERED**

*s/Joseph A. Dickson*
Joseph A. Dickson, **U.S.M.J.**

Date: 12/7/10